IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ward, Bunny F

Printed: 6/24/08

Case Number: 05 B 08179
Judge: Wedoff, Eugene R

Filed: 3/8/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: May 1, 2008
Confirmed: April 21, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,200.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 654.63 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,323.20 |
| Trustee Fee: |  | 162.82 |
| Other Funds: |  | 59.35 |
| Totals: | 3,200.00 | 3,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,323.20 | 2,323.20 |
| 2. | T Mobile USA | Unsecured | 25.25 | 16.12 |
| 3. | Peoples Energy Corp | Unsecured | 18.32 | 0.00 |
| 4. | Providian National Bank | Unsecured | 376.38 | 326.01 |
| 5. | RoundUp Funding LLC | Unsecured | 137.02 | 118.68 |
| 6. | RoundUp Funding LLC | Unsecured | 83.27 | 72.17 |
| 7. | World Financial Network Nat'l | Unsecured | 35.78 | 18.72 |
| 8. | Swiss Colony | Unsecured | 30.54 | 15.98 |
| 9. | Premier Bankcard | Unsecured | 41.98 | 21.97 |
| 10. | AmeriCash Loans, LLC | Unsecured | 52.93 | 45.88 |
| 11. | Midnight Velvet | Unsecured | 36.50 | 19.10 |
| 12. | Capital One | Unsecured |  | No Claim Filed |
| 13. | Chadwicks Of Boston | Unsecured |  | No Claim Filed |
| 14. | Check N Go | Unsecured |  | No Claim Filed |
| 15. | Columbia House | Unsecured |  | No Claim Filed |
| 16. | Comcast Digital Phone | Unsecured |  | No Claim Filed |
| 17. | Cosmetique | Unsecured |  | No Claim Filed |
| 18. | Direct Tv | Unsecured |  | No Claim Filed |
| 19. | Publishers Clearing House | Unsecured |  | No Claim Filed |
| 20. | Orchard Bank | Unsecured |  | No Claim Filed |
| 21. | Suncash Loan | Unsecured |  | No Claim Filed |
| 22. | First Savings Credit Card | Unsecured |  | No Claim Filed |
| 23. | Newport News | Unsecured |  | No Claim Filed |
| 24. | Talk America | Unsecured |  | No Claim Filed |
| 25. | Time Life Books | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ward, Bunny F

Printed:  6/24/08

Case Number:  05 B 08179
Judge:  Wedoff, Eugene R
Filed:  3/8/05

```
                                        _____       _____
                                        $ 3,161.17       $ 2,977.83
```

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---------:|-----------:|
| 4%       | 8.33       |
| 3%       | 4.64       |
| 5.5%     | 26.19      |
| 5%       | 7.90       |
| 4.8%     | 15.12      |
| 5.4%     | 89.26      |
| 6.5%     | 11.38      |
|          | _____ |
|          | $ 162.82   |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ DMack_____